UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ALLAN DAVISSON
    Plaintiff,

- vs -

UNITED RECOVERY SYSTEMS LP
    Defendant.

Case No.: 2:10-cv-15021-BAF-RSW

_____/

| JARROD BARRON, PLLC | RONALD B. RICH & ASSOCIATES |
|---|---|
| Jarrod Barron (P55353) | by: Jan Jeffrey Rubinstein (P57937) |
| Attorney for Plaintiff | Attorneys for Defendant |
| 1555 West Lansing Rd. | 30665 Northwestern Highway, Suite 280 |
| Morrice MI 48857 | Farmington Hills, MI  48334 |
| (517) 481-3521 | (248) 851-4411 |

_____/

### DEFENDANT'S WITNESS LIST

NOW COMES, Defendant, UNITED RECOVERY SYSTEMS LP, by and through its attorneys, RONALD B. RICH & ASSOCIATES, and submits the following as its Witness List:

1. Debra Crotwell.
2. Jonathan Pravecek.
3. Chasida Hackett.
4. Davarund Whitting.
5. James Russo.
6. Walter Wilson.
7. Lakeisha Cain.
8. Benjamin James.
9. James Ganann.
10. Jamie Banks.
11. Armando Pena.
12. Donniecia Pardue.

13. Elizabeth Walker.

14. Any witness disclosed on another party's Witness List.

15. Any witness disclosed in further depositions, investigation, or discovery.

16. Any necessary identification/authentication witness.

17. Any necessary rebuttal witness.

                                              Respectfully submitted,
                                              RONALD B. RICH & ASSOCIATES

DATED: February 11, 2011              BY: _____
                                              Jan Jeffrey Rubinstein (P57937)