## UNITED STATED DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLAN DAVISSON )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>UNITED RECOVERY SYSTEMS, LP )<br>)<br>      Defendant )<br>_____ ) | Case No.: 2:10-CV-15021-BAF-RSW<br>HON. BERNARD A. FRIEDMAN |

### PLAINTIFF'S WITNESS LIST

Plaintiff lists the following witnesses:

1. Allan Davisson
2. Michelle Davisson
3. Robert Lupu, Sr.
4. Robert Lupu, Jr.
5. Lakeisha Cain
6. URS representative known to Plaintiff only as Mrs.White
7. Jamie Banks
8. URS representative known only as Benjamin, whose last name is unknown to Plaintiff, identified as Benjamin Doe in Plaintiff's Initial Disclosures.
9. Davarund Whitting
10. Mark Landrum
11. Records Custodian(s) of United Recovery Systems
12. Records Custodian(s) of HSBC Citibank

13. Records Custodian(s) of AT&T

14. All named Parties,

15. Keeper(s) of the Records for all named Parties,

16. All present and past agents, directors, officers, employees or attorneys of a named Party who have knowledge of the facts of this action,

17. Any and all necessary rebuttal witnesses,

18. Any and all witnesses listed by any other Party in all other court filings or disclosures,

19. Any person identified or referred to in a deposition or response to discovery,

20. Any witness who may be necessary to lay the foundation for entry of evidence,

21. Any witness who may be necessary to authenticate any document, and

22. Any additional witnesses that may become known during the course of discovery.

        Respectfully Submitted,

        By:    s/ Jarrod Barron
            Jarrod Barron, P55353
            Attorney for Plaintiff

Dated: February 15, 2011

Jarrod Barron, P55353
Jarrod Barron, PLLC
1555 West Lansing Road
Morrice, MI  48857
Telephone: 517-481-3521
Facsimile: 888-532-9887
jarrodbarron@yahoo.com